LUCIA DE PALMA ET AL., RESPONDENTS, v. ECONOMY AUTO SUPPLY COMPANY ET AL., APPELLANTS.

Submitted February 12, 1926—Decided May 17, 1926.

On appeal from the Supreme Court, whose *per curiam* is printed in 3 *N. J. Mis. R.* 827.

For the respondents, *Kalisch & Kalisch.*

For the appellants, *Frank G. Turner.*

PER CURIAM.

The judgment appealed from will be affirmed, for the reasons stated in the opinion filed in the court below.

*For affirmance*—THE CHIEF JUSTICE, PARKER, KALISCH, BLACK, KATZENBACH, CAMPBELL, WHITE, GARDNER, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, JJ.   12.

*For reversal*—None.